TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$274,030.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-CV-07481<br><br><u>PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1</u> |

    PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

    The instant <u>in</u> <u>rem</u> civil forfeiture lawsuit against the defendant currency, which seeks to forfeit the funds the government has obtained from box 5006 at U.S. Private Vaults, is related to <u>Does 1-6, et al. v. United States of America, et al.</u>, Case No. 2:21-CV-03254-RGK-MAR.  The cases are related because they (a) arise from the

same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.  The complaint in the Does 1-6, et al. case reflects that plaintiffs Doe 1 and Doe 2 seek to have returned the currency in box number 5006.  See Docket No. 1 (complaint ¶ 11a and b, referencing box number 5006).  Similarly, the instant forfeiture action seeks to forfeit the defendant $274,030.00 in U.S. Currency seized from box number 5006.  Complaint ¶¶ 5 and 20.

Dated: September 17, 2021    TRACY L. WILKISON
                             Acting United States Attorney
                             SCOTT M. GARRANGER
                             Assistant United states Attorney
                             Chief, Criminal Division

                                    /s/
                             VICTOR A. RODGERS
                             MAXWELL COLL
                             Assistant United States Attorneys
                             Asset Forfeiture/General Crimes
                             Sections

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA