TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>$274,030.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-cv-07481 RGK(MARx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

1      NOTICE is hereby given that, pursuant to Fed. R. Civ. P.
2 41(a)(1)(A), plaintiff United States of America voluntarily dismisses
3 the above-captioned action.
4 Dated: February 4, 2022         TRACY L. WILKISON
                                  United States Attorney
5                                 SCOTT M. GARRANGER
                                  Assistant United states Attorney
6                                 Chief, Criminal Division

7
                                        /s/
8                                 VICTOR A. RODGERS
                                  MAXWELL COLL
9                                 Assistant United States Attorneys
                                  Asset Forfeiture/General Crimes
10                                Sections

11                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA